UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNIE GIPSON, et al.,<br><br>    Defendants. | CASE NO. 1:13-cv-01931-MJS (PC)<br><br>**ORDER DENYING MOTION IN REQUEST FOR A COMPLETE STATEMENT OF EXPERT WITNESS**<br><br>**(ECF No. 50)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 7 & 10.) The action proceeds against Defendant Kitt on Plaintiff's Eighth Amendment inadequate medical care claim. (ECF No. 11.)

Before the Court is Plaintiff's January 29, 2016 "Motion in Request for a Complete Statement of Expert Witness." (ECF No. 50.) Defendant filed an opposition. (ECF No. 53.) Plaintiff filed no reply. The matter is deemed submitted. Local Rule 230(*l*).

Plaintiff asks that Defendant be ordered to identify his expert witness(es) and provide expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). The motion appears to be motivated by Defendant's motion for summary judgment, which is supported by a declaration containing expert opinion testimony of one Daniel F. Hartman, M.D., F.A.C.S.

1

Defendant responds that, pursuant to Rule 26(a)(2)(D), expert disclosures must be made "at least 90 days before the date set for trial or for the case to be ready for trial" or "within 30 days after the other party's disclosure" if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C). This provision controls unless altered by Court order or stipulation of the parties.

Defendant is correct that Plaintiff's request is premature. Fed. R. Civ. P. 26(a)(2)(D). There is no trial date in this action, Plaintiff has disclosed no expert witnesses, no Court order dictates earlier disclosure, and the parties have not stipulated to earlier disclosure.

Accordingly, Plaintiff's "Motion in Request for Complete Statement of Expert Witness" is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated:   March 3, 2016                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE