UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>CONNIE GIPSON, et al.,<br><br>    Defendants. | CASE NO. 1:13-cv-01931-MJS (PC)<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>**(ECF No. 67)** |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds on Plaintiff's first amended complaint against Defendant Kitt for inadequate medical care in violation of the Eighth Amendment of the United States Constitution. The matter was set for a settlement conference on August 22, 2016 before Magistrate Judge Jennifer L. Thurston in Bakersfield, California but has been reset before Magistrate Judge Stanley A. Boone in Fresno, California.

    Accordingly, the order and writ of habeas corpus ad testificandum, issued July 26, 2016, to transport Plaintiff to Bakersfield is HEREBY VACATED. A separate order and

writ of habeas corpus ad testificandum will issue to secure Plaintiff's attendance at the August 22, 2016 settlement conference in Fresno.

IT IS SO ORDERED.

Dated:   August 3, 2016          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE