# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. BAKER,<br><br>   Plaintiff,<br><br>   v.<br><br>CONNIE GIPSON, et al.,<br><br>   Defendants. | Case No. 1:13-cv-01931-MJS-PC<br><br>ORDER RESETTING SETTLEMENT CONFERENCE FOR 11 A.M. ON AUGUST 22, 2016 |

This case is presently set for a settlement conference on August 22, 2016, at 9:00 a.m. in courtroom 9 at the United States Courthouse, 2500 Tulare Street, Fresno, California before the undersigned. Based on counsel's request to reset the settlement conference to 11:00 a.m. on August 22, 2016, IT IS HEREBY ORDERED that the settlement conference is reset to August 22, 2016, at 11:00 a.m. in courtroom 9 before the undersigned.

IT IS SO ORDERED.

Dated:   **August 10, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1