# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. BAKER,<br><br>          Plaintiff,<br><br>     v.<br><br>CONNIE GIPSON, et al.,<br><br>          Defendants. | Case No.: 1:13-cv-01931-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY FOR SETTLEMENT CONFERENCE ON AUGUST 22, 2016<br><br>[ECF No. 77] |

   Plaintiff Robert G. Baker is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   This case is currently set for a settlement conference on August 22, 2016, at 11:00 a.m. before the undersigned in Courtroom #9.

   Plaintiff's request to appear telephonically for the settlement conference shall be denied. The Court finds it necessary for Plaintiff to appear in-person in order to effectuate settlement negotiations between the parties. Accordingly, Plaintiff's motion to appear telephonically for the settlement conference on August 22, 2016, is DENIED.

IT IS SO ORDERED.

Dated:   **August 15, 2016**

                                                UNITED STATES MAGISTRATE JUDGE

1