UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. BAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-01931-MJS (PC)<br><br>**ORDER DENYING MOTION TO EFFECTUATE SETTLEMENT**<br><br>**(ECF No. 69)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 7 & 10.) The action proceeds against Defendant Kitt on Plaintiff's Eighth Amendment inadequate medical care claim. (ECF No. 11.) The matter is set for a settlement conference before Magistrate Judge Stanley A. Boone on August 22, 2016 at 11:00 a.m.

Before the Court is Plaintiff's August 1, 2016 motion to effectuate the parties' settlement agreement. (ECF No. 69.) Defendant filed an opposition. (ECF No. 70.) Plaintiff filed no reply. The matter is submitted. Local Rule 230(*l*).

The documents attached to Plaintiff's motion reflect that the parties are engaged in settlement negotiations. They do not reflect that the parties have reached an agreement.

1

There being no competent evidence that a settlement agreement has been reached, Plaintiff's motion to effectuate a settlement agreement is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   August 16, 2016         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE