# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. BAKER,<br><br>     Plaintiff,<br><br>     v.<br><br>VICTOR KITT,<br><br>     Defendant. | Case No.  1:13-cv-01931-MJS<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN SIXTY DAYS |

The Court conducted a settlement conference in this action on August 22, 2016, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;
2. The parties shall file dispositional documents within sixty days from the date of service of this order; and
3. The undersigned shall retain jurisdiction to enforce the settlement agreement reached by the parties until the case is dismissed.

IT IS SO ORDERED.

Dated:   **August 22, 2016**                                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

1