UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. BAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　　Defendants. | No.  1:13-cv-01931-MJS (PC)<br><br>ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL<br><br>(Doc. No. 84) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action brought pursuant to 42 U.S.C. § 1983. On October 11, 2016, the parties filed a stipulation for voluntary dismissal of the action with prejudice, each party to bear its own costs, fees, or expenses. (ECF No. 84)

Pursuant to Rule 41(a)(1)(A)(ii), the case has automatically terminated.

Accordingly, the Clerk is directed to CLOSE this case pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated:   October 24, 2016                    /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE